# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RAMIREZ,<br><br>                      Petitioner,<br>  vs.<br><br>M. HOSHINO, Warden,<br><br>                     Respondent. | CASE NO. 12-CV-1836-LAB-MDD<br><br>**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS** |

Ramirez filed a state habeas petition on July 25, 2012, which was referred to Magistrate Judge Dembin for a Report and Recommendation pursuant to 28 U.S.C. § 636. Hoshino filed an answer on December 11, 2012, Ramirez did *not* file a traverse, and on November 21, 2013 Judge Dembin filed his R&R. The R&R recommends that Ramirez's habeas petition be denied, and it ordered that any objections be filed by no later than December 12, 2013. To this day, Ramirez has not filed any objections, and this is of substantial consequence.

"The court shall make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. §636(b). Moreover, 28 U.S.C. Section 636(b)(1) does not require some lesser review by the district court when no objections are filed. *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985). The Ninth Circuit has interpreted the language of 28 U.S.C. Section 636(b)(1), and determined that the "statute

makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has reviewed the R&R and finds it to be thorough, well-reasoned, and correct in its legal conclusions. Accordingly, the Court **ADOPTS** it. Ramirez's habeas petition is **DENIED**. The Court denies him a certificate of appealability. *Lambright v. Stewart*, 220 F.3d 1022, 1025 (9th Cir. 2000).

**IT IS SO ORDERED**.

DATED: January 9, 2014

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge